IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE JUDGE BOYD N. BOLAND

| Civil Action No. | 13-cv-03148-WYD-BNB | Date: December 9, 2013 |
|---|---|---|
| Courtroom Deputy: | Kathleen Finney | FTR BNB COURTROOM A-401 |

CREATIVE COMPOUNDS, LLC,                           Kathryn Reilly

        Plaintiff,

v.

LOTT & FRIEDLAND, P.A.,                              Raymond Robin

        Defendant.

## COURTROOM MINUTES

**HEARING: MOTION** #2

Court in session: 10:01 a.m.

Appearances of counsel.

Court's opening remarks.

Now pending before the Court is plaintiff's **Motion of Creative Compounds, LLC and Non-party Gary Haynes to Quash Subpoena to Testify at a Deposition in a Civil Action Served on Gary Haynes** [#2] filed November 19, 2013.

Argument presented.

Court's findings.

**ORDERED:** The **Motion of Creative Compounds, LLC and Non-party Gary Haynes to Quash Subpoena to Testify at a Deposition in a Civil Action Served on Gary Haynes** [#2] **is GRANTED**; for reasons stated on the record.

Court in Recess: 10:28 a.m.   Hearing concluded.   Total time in Court: 00:27

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.