IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03148-WYD-BNB

CREATIVE COMPOUNDS, LLC,

Plaintiff,

v.

LOTT & FRIEDLAND, P. A.,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

    Counsel, even local counsel, prior to signing and filing a motion and appearing for a hearing, have a duty to inquire and be reasonably informed on the matter.

    IT IS ORDERED that the **Motion to Alter or Amend** [Doc. # 15, filed 12/10/2013] is DENIED.


DATED:  December 11, 2013